# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# NORTHERN DIVISION

HEMLOCK SEMICONDUCTOR CORPORATION,

    *Plaintiff*,

    v.

KYOCERA CORPORATION,

    *Defendant*.

Case No. 15-CV-11236-BC

Hon. Thomas L. Ludington

HEMLOCK SEMICONDUCTOR, LLC,

    *Plaintiff*,

    v.

KYOCERA CORPORATION,

    *Defendant*.

## PLAINTIFF HEMLOCK SEMICONDUCTOR CORPORATION'S NOTICE OF WITHDRAWAL OF ITS FEBRUARY 26, 2016 CROSS-MOTION FOR A PROTECTIVE ORDER (DKT. NO. 74)

WHEREAS the Court has entered a Stipulation and Order of Consolidation, Dkt. No. 82;

WHEREAS Hemlock Semiconductor Corporation and Hemlock Semiconductor, LLC (together, "Hemlock") will be filing an amended complaint to supersede their previously filed complaints, Kyocera Corporation ("Kyocera") will be responding thereto, and as discussed with the Court at the March 9, 2015 status conference, the joinder of issue may alter the scope of discovery; and

WHEREAS Kyocera has agreed not to seek discovery relating to its China-based theories (see Kyocera Corp.'s Mem. of Law in Opp'n to Hemlock Semiconductor Corp.'s Cross-Motion for a Protective Order, Dkt. No. 78, at 2);

Hemlock Semiconductor Corporation hereby gives notice of its withdrawal of its Cross-Motion for a Protective Order, filed on February 26, 2015, Dkt. No. 74, without prejudice.

Dated: March 17, 2016          By:  /s/ Alvin Lee

ORRICK, HERRINGTON & SUTCLIFFE LLP
J. Peter Coll, Jr.
John Ansbro
Alvin Lee
51 West 52nd Street
New York, New York 10019
Telephone: (212) 506-5000
Facsimile:  (212) 506-5151
pcoll@orrick.com
jansbro@orrick.com
alee@orrick.com

-1-

BRAUN, KENDRICK, FINKBEINER, PLC
Craig W. Horn (P34281)
4301 Fashion Square Boulevard
Saginaw, Michigan 48603
Telephone: (989) 498-2100
crahor@BraunKendrick.com

*Attorneys for Plaintiff Hemlock Semiconductor Corporation*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 17, 2016, I electronically filed the foregoing Plaintiff Hemlock Semiconductor Corporation's Notice of Withdrawal of Its February 26, 2016 Cross-Motion For a Protective Order (Dkt. No. 74) with the Clerk of the Court using the ECF system, which will send notification of such filing to all attorneys of record.

By: _____ /s/ Alvin Lee _____