UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

HEMLOCK SEMICONDUCTOR
CORPORATION, et al.,

               Plaintiffs,               Case No. 15-cv-11236

v                                                Honorable Thomas L. Ludington

KYOCERA CORPORATION,

               Defendant.
_____/

## ORDER GRANTING MOTION TO EXPEDITE BRIEFING SCHEDULE AND EXPEDITING BRIEFING SCHEDULE

This breach of contract action was initiated by Plaintiff Hemlock Semiconductor Corporation ("Hemlock") against Defendant Kyocera Corporation on April 1, 2015. ECF No. 1. This matter was later consolidated with a related action between Hemlock Semiconductor LLC ("Hemlock LLC") and Kyocera on March 11, 2016. ECF No. 83.

On July 29, 2015 the parties submitted to the Court a stipulation regarding the production and exchange of confidential information. The stipulation was entered as a Court order on July 29, 2015 (the "Protective Order"). ECF No. 20. On April 12, 2016, Hemlock filed a motion to modify the Protective Order. ECF No. 92. Specifically, Hemlock seeks a modification allowing it to submit to the Tokyo District Court documents marked "confidential" in this matter. *Id*. Hemlock has also filed a motion for an expedited briefing schedule, representing that briefing is due in the Tokyo action by May 10, 2016. *See* ECF No. 91. Hemlock's request for expedited briefing will be granted.

Accordingly, it is **ORDERED** that Hemlock's motion for an expedited briefing schedule, ECF No. 91, is **GRANTED**.

- 2 -

It is further **ORDERED** that Kyocera's response to Hemlock's motion to modify the Protective Order, ECF No. 92, is due on or before **April 22, 2016**. Hemlock's reply will be due on or before **April 29, 2016**.

                                                s/Thomas L. Ludington
                                                THOMAS L. LUDINGTON
                                                United States District Judge

Dated: April 13, 2016

---

PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on April 13, 2016.

                                s/Michael A. Sian
                                MICHAEL A. SIAN, Case Manager