# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# NORTHERN DIVISION

| | |
|---|---|
| HEMLOCK SEMICONDUCTOR CORPORATION, *et al.*, | Case No. 15-CV-11236 (TLL) (PTM) |
| Plaintiffs, | Honorable Thomas L. Ludington |
| v. | |
| KYOCERA CORPORATION, | |
| Defendant. | |

KYOCERA CORPORATION,

        Counterclaimant,

v.

HEMLOCK SEMICONDUCTOR
CORPORATION, *et al.*,

        Counterdefendants.

# DEFENDANT KYOCERA CORPORATION'S
# MOTION TO EXPEDITE BRIEFING SCHEDULE AND
# <u>CONSIDERATION OF ITS MOTION TO COMPEL DISCOVERY</u>

Defendant Kyocera Corporation ("Kyocera") respectfully moves the Court to expedite the briefing schedule and consideration of its Motion to Compel Discovery.

1.   Kyocera served the discovery requests at issue in its Motion to Compel on July 23, 2015 and initially moved to compel responses on October 8, 2015 (Doc. No. 45.)

2.   While Kyocera's prior motion was pending, the Court issued an order dismissing certain counterclaims, and denied Kyocera's motion to clarify that Order.  (*See* Doc. Nos. 61 and 75.)  Kyocera then withdrew its October 8, 2015 Motion to Compel because a number of the requests at issue in that motion were mooted by the Court's Order.

3.   The Court consolidated this action with a related action (Doc. No. 82) and the parties filed amended pleadings (Doc. Nos. 85, 89, 101) that were finalized by Hemlock's May 2, 2016 answer to Kyocera's amended counterclaims (Doc. No. 101).

4.   On May 10, 2016—after the pleadings were finalized and the remaining issues in the case were settled—Kyocera withdrew approximately half of its requests for production, narrowed the scope of a number of other requests, and

sd-681990

asked Hemlock to comply with the requests. (*See* AvE Decl.[1] Ex. A.) Hemlock

responded in writing a week later, and largely refused to comply. (*See* AvE Decl.

Ex. B.) The parties met and conferred telephonically on May 20, 2016 and

Hemlock did not change its position. (*See* AvE Decl. ¶ 6)

5.     Kyocera filed a Motion to Compel on May 31, 2016, concurrently with

this motion. Kyocera's Motion to Compel seeks information directly relevant to its

counterclaims and defenses.

6.     As explained above, Kyocera has been diligent.

7.     Under the Court's Scheduling Order, the discovery cutoff in this case

is set for August 15, 2016—less than three months away. (Doc. No. 94.) Fact

depositions will soon commence, and have been noticed throughout June and July.

Kyocera's expert disclosures are currently due by July 13, 2016 (*id.*), although the

parties have reached an agreement to adjust the expert deadlines by a few weeks

such that Hemlock's expert disclosures would be due by July 8 and Kyocera's by

August 12.

8.     The information sought by Kyocera's Motion is vital to Kyocera's

deposition of Hemlock's witnesses, expert reports, and to its defenses and

counterclaims in this case. Given the pending expert and discovery deadlines, it is

---

[1] Declaration of Christian Andreu-von Euw in support of the concurrently filed Motion to Compel.

imperative that Hemlock timely respond to Kyocera's Motion to Compel Discovery and that the Court resolve this discovery dispute.

9.     Under Local Rule 7.1, briefing on Kyocera's Motion to Compel Discovery would not conclude until June 21, 2016.  This is less than one month before Kyocera's expert disclosures are currently due, and less than two months before the discovery cutoff in this case.

10.     The Court will not be able to resolve this matter until after the briefing is concluded.  It is important that the parties obtain a resolution of this matter long before the discovery cutoff so that they can serve additional, appropriate discovery, with adequate time for responses, if necessary.  If the Court grants Kyocera's Motion to Compel, Hemlock will have an additional 10 days to produce the requested documents.  This brings the parties even closer to the expert and discovery deadlines.

11.     Hemlock will not be prejudiced by expediting the briefing schedule. Kyocera and Hemlock have been discussing the discovery requests at issue for the past several months.

12.     Pursuant to Local Rule 7.1(a), Kyocera sought concurrence from Hemlock on this Motion on May 27, 2016 and despite reasonable efforts was unable to conduct a conference.  Kyocera offered to hold a telephone conference to discuss its request with Hemlock but, on May 31, 2016, Hemlock notified Kyocera

3

that it does not concur in this Motion and did not indicate a desire for further discussions.  Given the time sensitive nature of this motion, Kyocera could not delay filing any longer.

13.     Kyocera respectfully requests that the Court enter an order requiring Hemlock to respond to Kyocera's motion by June 7, 2016 and Kyocera to file a reply by June 14, 2016.

sd-681990

Dated:  May 31, 2016                    Respectfully submitted,

By:  /s/   *Christian Andreu-von Euw*
        Gregory P. Stone
        Daniel B. Levin
        Erin J. Cox
        Bryan H. Heckenlively
        Emily Curran-Huberty
        Munger, Tolles & Olson LLP
        355 South Grand Avenue
        Los Angeles, CA 90071
        Tel: (213) 683-9528
        gregory.stone@mto.com
        daniel.levin@mto.com
        erin.cox@mto.com
        bryan.heckenlively@mto.com
        emily.curran-huberty@mto.com

        David C. Doyle
        William V. O'Connor
        Christian G. Andreu-von Euw
        Morrison & Foerster LLP
        12531 High Bluff Drive
        San Diego, CA  92130-2040
        Tel:  (858) 720-5100
        ddoyle@mofo.com
        woconnor@mofo.com
        christian@mofo.com

        Robert A. Hahn (P28193)
        Jungerheld, Hahn & Washburn, P.C.
        P.O. Box 6128
        Saginaw, MI  48608-6128
        Tel:  (989) 790-0000
        r.hahn@ameritech.net

        Keefe A. Brooks (P31680)
        Brooks Wilkins Sharkey & Turco, PLLC
        401 S. Old Woodward, Suite 400
        Birmingham, MI 48009
        Tel:  (248) 971-1800
        brooks@bwst-law.com

        *Attorneys for Defendant and Counterclaimant*
        *Kyocera Corporation*

5

## CERTIFICATE OF SERVICE

I certify that on May 31, 2016, I caused a copy of the foregoing to be filed electronically and that the document is available for viewing and downloading from the ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.


By: /s/ *Christian Andreu-von Euw*
    Christian Andreu-von Euw


6

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# NORTHERN DIVISION

HEMLOCK SEMICONDUCTOR
CORPORATION, *et al.*,

              Plaintiffs,

    v.

KYOCERA CORPORATION,

              Defendant.

_____

KYOCERA CORPORATION,

              Counterclaimant,

    v.

HEMLOCK SEMICONDUCTOR
CORPORATION, *et al.*,

              Counterdefendants.

Case No. 15-CV-11236 (TLL) (PTM)

Honorable Thomas L. Ludington

# DEFENDANT KYOCERA CORPORATION'S
# BRIEF IN SUPPORT OF ITS MOTION TO EXPEDITE BRIEFING
# SCHEDULE AND CONSIDERATION OF ITS
# <u>MOTION TO COMPEL DISCOVERY</u>

For the reasons and upon the authority stated in the accompanying Motion, Defendant Kyocera Corporation ("Kyocera") respectfully requests that this Court grant Kyocera's Motion and enter an order expediting the briefing schedule and consideration of Kyocera's Motion to Compel Discovery.

sd-682250

Dated:  May 31, 2016                Respectfully submitted,

By:  /s/   *Christian Andreu-von Euw*
       Gregory P. Stone
       Daniel B. Levin
       Erin J. Cox
       Bryan H. Heckenlively
       Emily Curran-Huberty
       Munger, Tolles & Olson LLP
       355 South Grand Avenue
       Los Angeles, CA 90071
       Tel: (213) 683-9528
       gregory.stone@mto.com
       daniel.levin@mto.com
       erin.cox@mto.com
       bryan.heckenlively@mto.com
       emily.curran-huberty@mto.com

       David C. Doyle
       William V. O'Connor
       Christian G. Andreu-von Euw
       Morrison & Foerster LLP
       12531 High Bluff Drive
       San Diego, CA  92130-2040
       Tel:  (858) 720-5100
       ddoyle@mofo.com
       woconnor@mofo.com
       christian@mofo.com

       Robert A. Hahn (P28193)
       Jungerheld, Hahn & Washburn, P.C.
       P.O. Box 6128
       Saginaw, MI  48608-6128
       Tel:  (989) 790-0000
       r.hahn@ameritech.net

       Keefe A. Brooks (P31680)
       Brooks Wilkins Sharkey & Turco, PLLC
       401 S. Old Woodward, Suite 400
       Birmingham, MI 48009
       Tel:  (248) 971-1800
       brooks@bwst-law.com

       *Attorneys for Defendant and Counterclaimant*
       *Kyocera Corporation*

2

**CERTIFICATE OF SERVICE**

I certify that on May 31, 2016, I caused a copy of the foregoing to be filed electronically and that the document is available for viewing and downloading from the ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

By: /s/ *Christian Andreu-von Euw*
Christian Andreu-von Euw

3