UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Hemlock Semiconductor Corporation,

Plaintiff(s),                                    Case No. 15-11236

v.                                               Judge  Thomas L. Ludington

Kyocera Corporation                              Magistrate Judge  Patricia T. Morris

Defendant(s).

_____/

NOTICE OF CORRECTION

Docket entry number    108   , filed         6/7/2016         , has been modified.  The explanation for the correction

is stated below.

☐ The docket entry was made on the wrong case.

☐ The corresponding document image was missing or incomplete.

☐ The wrong document image was associated.

☐ The wrong judicial officer was listed on the case docket.

☐ The filer information was inaccurate or omitted from the docket text.

☐ The judicial officer information was inaccurate or omitted from the docket text.

☐ The docket text was changed to include the Partial Payment Order.

☑ Other:  Wrong Judge Selected


If you need further clarification or assistance, please contact ____Kristen Krawczyk____ at __(989) 894-8821__.


DAVID J. WEAVER, CLERK OF COURT


Dated: _June 7, 2016_____          s/ Kristen Krawczyk_____
                                             Deputy Clerk