## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## NORTHERN DIVISION

|  |  |
|---|---|
| HEMLOCK SEMICONDUCTOR CORPORATION, | Case No. 15-CV-11236-TLL-PTM |
| *Plaintiff*, | Hon. Thomas L. Ludington |
| v. | Hon. Patricia T. Morris |
| KYOCERA CORPORATION, | |
| *Defendant*. | **STIPULATED ORDER STAYING DISCOVERY THROUGH JULY 29, 2016** |
| HEMLOCK SEMICONDUCTOR, LLC, | |
| *Plaintiff*, | |
| v. | |
| KYOCERA CORPORATION, | |
| *Defendant*. | |

WHEREAS, on April 15, 2016, the Court entered a Case Management and

Scheduling Order (the "Scheduling Order") setting various discovery deadlines in

this action;

1

WHEREAS, the Scheduling Order set a June 15, 2016 deadline for Plaintiffs Hemlock Semiconductor Corporation and Hemlock Semiconductor, LLC (together, "Hemlock") to serve their expert disclosures;

WHEREAS, the Scheduling Order set a July 13, 2016 deadline for Defendant Kyocera Corporation ("Kyocera") to serve its expert disclosures;

WHEREAS, on May 27, 2016, Hemlock and Kyocera stipulated to extend their expert disclosure deadlines to July 8, 2016 and August 12, 2016, respectively; and

WHEREAS, Hemlock and Kyocera are currently discussing a potential resolution of this litigation and wish to stay all discovery in order to facilitate such discussions;

Accordingly, it is hereby **STIPULATED** and **ORDERED** that:

All discovery in this action, including depositions, responses to written discovery, and document productions, is stayed until at least July 29, 2016; Hemlock's and Kyocera's deadlines to serve their expert disclosures are vacated; and the August 15, 2016 discovery cut-off date is vacated; and

On or before July 29, 2016, the parties shall advise the Court regarding the progress of their settlement discussions and, if necessary, submit to the Court a

proposed amended case schedule appropriately adjusted from the current case management schedule.

**IT IS SO ORDERED.**

s/Thomas L. Ludington
THOMAS L. LUDINGTON
United States District Judge

Dated: July 11, 2016

Date:  July 6, 2016

**SO STIPULATED.**

| | |
|---|---|
| /s/ Alvin Lee | /s/ Gregory P. Stone (with consent) |
| J. Peter Coll, Jr. | Gregory P. Stone |
| John Ansbro | Daniel B. Levin |
| Alvin Lee | Munger, Tolles & Olson LLP |
| ORRICK HERRINGTON & SUTCLIFFE, LLP | 355 South Grand Avenue |
| 51 W. 52nd St. | Los Angeles, California 90071 |
| New York, NY 10019 | Tel: (213) 683-9100 |
| Tel: (212) 506-5000 | gregory.stone@mto.com |
| pcoll@orrick.com | daniel.levin@mto.com |
| jansbro@orrick.com | |
| alee@orrick.com | David C. Doyle |
| | William V. O'Connor |
| | Morrison & Foerster LLP |
| Craig W. Horn (P34281) | 12531 High Bluff Drive |
| BRAUN, KENDRICK, FINKBEINER, PLC | San Diego, California 92130-2040 |
| 4301 Fashion Square Boulevard | Tel: (858) 720-5100 |
| Saginaw, Michigan 48603 | ddoyle@mofo.com |
| Tel: (989) 498-2100 | woconnor@mofo.com |
| crahor@BraunKendrick.com | |
| | Robert A. Hahn (P28193) |
| | Jungerheld, Hahn & Washburn, P.C. |
| *Attorneys for Plaintiffs Hemlock* | P.O. Box 6128 |
| *Semiconductor Corporation and* | Saginaw, MI 48608-6128 |
| *Hemlock Semiconductor, LLC* | Tel: (989) 790-0000 |
| | r.hahn@ameritech.net |

3

Keefe A. Brooks (P31680)
Brooks Wilkins Sharkey & Turco
PLLC
401 S. Old Woodward, Suite 400
Birmingham, MI 48009
Tel: (248) 971-1800
brooks@bwst-law.com

*Attorneys for Defendant Kyocera
Corporation*

PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing order was served
upon each attorney or party of record herein by electronic means or first
class U.S. mail on July 11, 2016.

s/Michael A. Sian
MICHAEL A. SIAN, Case Manager